IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, et al., ) | | |
|        Plaintiffs, ) | | 8:09CV456 |
|   V. ) | | |
| ) | | |
| STATE OF NEBRASKA, et al., ) | | **MEMORANDUM** |
| ) | | **AND ORDER** |
|        Defendants. ) | | |
| _____ ) | | |
| ) | | |
| JOHN DOE, ) | | |
|        Plaintiff, ) | | 4:09CV3266 |
| ) | | |
|   V. ) | | |
| ) | | |
| NEBRASKA STATE PATROL, et al., ) | | |
| ) | | |
|        Defendants. ) | | |
| _____ ) | | |
| ) | | |
| JOHN DOE, ) | | |
|        Plaintiff, ) | | 4:10CV3005 |
|   V. ) | | |
| ) | | |
| STATE OF NEBRASKA, et al., ) | | |
| ) | | |
|        Defendants. ) | | |

IT IS ORDERED:

1)     The defendants' unopposed amended motions to extend the expert witness deadline, (8:09-cv-00456, filing no. 372; 4:09-cv-03266, filing no. 69; and 4:10-cv-03005, filing no. 63) are granted, and

    a.     The defendants' expert witness disclosure deadline is extended to January 28, 2011.

    b.    The plaintiffs' deadline for filing of any motion to exclude expert testimony on *Daubert* and related grounds is extended to February 11, 2011.

2)    The defendants' motions to extend the expert witness deadline, (8:09-cv-00456, filing no. 371; 4:09-cv-03266, filing no. 68; and 4:10-cv-03005, filing no. 62) are denied as moot.

January 27, 2011.        BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge