IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN and JANE DOE 1-36, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | 8:09CV456 |
| v. | ) | |
| STATE OF NEBRASKA, et al., | ) | |
| Defendants. | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| JOHN DOE, et al., | ) | |
| Plaintiff, | ) | 4:09CV3266 |
| v. | ) | |
| STATE OF NEBRASKA, et al., | ) | |
| Defendants. | ) | |
| JOHN DOE, et al., | ) | |
| Plaintiff, | ) | 4:10CV3005 |
| v. | ) | |
| STATE OF NEBRASKA, et al., | ) | |
| Defendants. | ) | |

1) The parties' supplemental joint stipulation, (filing no. 91), is granted.

2) The parties are hereby ordered to comply with the terms and conditions of their Supplemental Joint Stipulation and Protective Order, (filing no. 91).

3) The clerk shall file this memorandum and order in the lead case, 8:09-cv-00456-RGK-CRZ, as a spread text order.

DATED this 20th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge