IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN and JANE DOE 1-36, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | 8:09CV456 |
| v. | ) | |
| STATE OF NEBRASKA, et al., | ) | |
|     Defendants. | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| JOHN DOE, et al., | ) | |
|     Plaintiff, | ) | 4:09CV3266 |
| | ) | |
| v. | ) | |
| STATE OF NEBRASKA, et al., | ) | |
|     Defendants. | ) | |
| | ) | |
| | ) | |
| JOHN DOE, et al., | ) | |
|     Plaintiff, | ) | 4:10CV3005 |
| | ) | |
| v. | ) | |
| STATE OF NEBRASKA, et al., | ) | |
|     Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1) The parties' unopposed motions for protective order, (8:09CV456, filing no. 401; 4:09CV3266, filing no. 96; 4:10CV3005, filing no. 90), are granted.

2) The previously entered protective orders for the above-captioned cases are modified to further include the following terms and conditions:

    a. Any personal or confidential information of a non-party received by the plaintiffs in response to their discovery requests shall not be used by the plaintiffs or plaintiffs' counsel in any manner other than for purposes of this litigation. To that end, the plaintiffs or plaintiffs' counsel shall limit the disclosure of such personal or confidential information only to those persons with a need to know the information for purposes of supporting their position in this litigation;

      b.      Such restriction on the use of a non-party's personal or confidential information does not apply to information already known to the plaintiff or to information the plaintiffs independently discover; and

      c.      The terms of this agreement shall be binding upon the plaintiffs after final resolution of this case.

3)    This memorandum and order shall be filed in the lead case, 8:09-cv-00456-RGK-CRZ, as a spread text order.

DATED this 21st day of August, 2011.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge