IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN and JANE DOE 1-36, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | 8:09CV456 |
| v. | ) | |
| STATE OF NEBRASKA, et al., | ) | |
|     Defendants. | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| JOHN DOE, et al., | ) | |
|     Plaintiff, | ) | 4:09CV3266 |
| | ) | |
| v. | ) | |
| STATE OF NEBRASKA, et al., | ) | |
|     Defendants. | ) | |
| | ) | |
| JOHN DOE, et al., | ) | |
|     Plaintiff, | ) | 4:10CV3005 |
| | ) | |
| v. | ) | |
| STATE OF NEBRASKA, et al., | ) | |
|     Defendants. | ) | |

1) The plaintiffs' responses to the defendants' motions to compel, (8:09-cv-00456-RGK-CRZ, filing no. 404; 4:09-cv-03266-RGK-CRZ, filing no. 99; and 4:10-cv-03005-RGK -CRZ, filing no. 93), shall be filed on or before September 26, 2011. No reply shall be filed absent leave of the court for good cause shown.

2) The clerk shall file this memorandum and order in the lead case, 8:09-cv-00456-RGK-CRZ, as a spread text order.

September 19, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge