IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN and JANE DOE 1-36, et al., ) | | |
| Plaintiffs, ) | | |
| ) | | 8:09CV456 |
| v. ) | | |
| STATE OF NEBRASKA, et al., ) | | |
| Defendants. ) | | **MEMORANDUM AND ORDER** |
| ) | | |
| JOHN DOE, et al., ) | | |
| Plaintiff, ) | | 4:09CV3266 |
| ) | | |
| v. ) | | |
| STATE OF NEBRASKA, et al., ) | | |
| Defendants. ) | | |
| ) | | |
| ) | | |
| JOHN DOE, et al., ) | | |
| Plaintiff, ) | | 4:10CV3005 |
| ) | | |
| v. ) | | |
| STATE OF NEBRASKA, et al., ) | | |
| Defendants. ) | | |
| ) | | |

For the reasons stated on the record during the hearing held today,

1) Plaintiffs' Motion to Extend the Deposition Deadline, (8:09cv456, filing no. 455; 4:09cv3266, filing no. 148; 4:10cv3005, filing no. 140), is denied.

2) Defendants' Motion for Sanctions, (8:09cv456, filing no. 461; 4:09cv3266, filing no. 153; 4:10cv3005, filing no. 145), is denied.

3) Defendants' Motions to Quash, (8:09cv456, filing nos. 464, 466, 468, 469, 470, 474, and 481; 4:09cv3266, filing nos. 156, 158, 160, 161, 162, 166, and 173; 4:10cv3005, filing nos. 148, 150, 152, 153, 154, 158, and 165), are granted.

4) Trial is set to commence on July 16, 2012. Therefore, pursuant to the authority granted under NEGenR 1.1(c), the deadline for filing any objections to the orders entered herein is expedited, and any objections shall be filed on or

before July 5, 2012. The failure to timely object in accordance with this expedited deadline will be deemed a waiver of any objections.

5) The clerk shall file this memorandum and order in the lead case, 8:09-cv-00456-RGK-CRZ, as a spread text order.

June 29, 2012.                    BY THE COURT:
                                  *s/ Cheryl R. Zwart*
                                  United States Magistrate Judge