IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE AND JANE DOE 1 THROUGH 36, et al., ) ) ) ) Plaintiffs, ) ) V. ) ) ) STATE OF NEBRASKA, et al., ) ) Defendants. ) ) | 8:09CV456 ORDER |

IT IS ORDERED that:

(1)   The Unopposed Motion for Permission to Restrict (filing no. 513) is granted.

(2)   As provided below, the Unopposed Motion to Redact (filing no. 514) is granted in part and otherwise, to wit:

   A.   As of approximately 2:21 P.M. on July 23, 2012, the digital audio recording for the morning session of July 18, 2012 of the non jury trial has been restricted so that it may only be accessed by counsel of record and case participants.

   B.   The transcriber has been notified when preparing the transcript to file the bench conference separately as a restricted document.

   C.   The motion is otherwise denied.

(3)   This order pertains to Case Nos. 4:10CV3005 and 4:09CV3266.

DATED this 23rd day of July, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge