IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE AND JANE DOE 1 THROUGH 36, et al.<br><br>        Plaintiffs,<br><br>    vs.<br><br>STATE OF NEBRASKA, et al.,<br><br>        Defendants. | 8:09CV456<br><br>ORDER TO WITHDRAW EXHIBITS OR SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED |
| JOHN DOE,<br><br>        Plaintiff,<br><br>    vs.<br><br>STATE OF NEBRASKA, et al.,<br><br>        Defendants. | 4:10CV3005 |
| JOHN DOE,<br><br>        Plaintiff,<br><br>    vs.<br><br>STATE OF NEBRASKA, et al.,<br><br>Defendants. | 4:09CV3266 |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel, shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibit number(s):  All sealed and unsealed exhibits offered in these cases

Hearing type(s):    All hearings held in these cases

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

January 6, 2014.

BY THE COURT:

*s/ Richard G. Kopf*
United States Senior District Judge